WILLIAM J. THOMPSON, PLAINTIFF-PETITIONER, v. THE MAYOR AND COMMON COUNCIL OF THE CITY OF SUMMIT, DEFENDANT-RESPONDENT.

*Mr. Frederick C. Vonhof* for the petitioner.

*Mr. Peter C. Triolo* for the respondent.

September 16, 1957.   Denied.

HELEN MARIE KNOX, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. JULIAN GOODMAN, DEFENDANT-PETITIONER.

See same case below:  45 *N. J. Super.* 428.

*Mr. Donald R. Taggart* and *Mr. Charles A. Cohen* for the petitioner.

*Mr. Peter J. Coruzzi* and *Mr. Joseph Tomaselli* for the respondents.

September 16, 1957.   Denied.